# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID SEAL, ET AL. | CIVIL ACTION |
| VERSUS | |
| WILLIAMS ENERGY PARTNERS, L.P., ET AL. | No.: 13-00475-BAJ-EWD |

CONSOLIDATED WITH

| | |
|---|---|
| GALEN P. MITCHELL, SR. | CIVIL ACTION |
| VERSUS | |
| WILLIAMS OLEFINS, LLC | NO.: 13-00493-BAJ-EWD |

CONSOLIDATED WITH

| | |
|---|---|
| ERIC SIMON, SR., ET AL. | CIVIL ACTION |
| VERSUS | |
| WILLIAMS ENERGY PARTNERS, L.P., ET AL. | NO.: 13-00494-BAJ-EWD |

CONSOLIDATED WITH

| | |
|---|---|
| ABRAHAM BOSLEY | CIVIL ACTION |
| VERSUS | |
| WILLIAMS OLEFINS, L.L.C., ET AL. | NO.: 14-00122-BAJ-EWD |

CONSOLIDATED WITH

JULIUS THOMPSON                                         CIVIL ACTION

VERSUS

WILLIAMS OLEFINS, L.L.C., ET AL.            NO.: 14-00162-BAJ-EWD

## ORDER

On October 28, 2016, the Special Master issued a **Report and Recommendation NO. 3 (Doc. 89)**, recommending that this Court award attorney fees in accordance with the request made by counsel in their **Motion for Attorney's Fees Costs and Expenses (Doc. 86)**.

Having carefully considered the Special Master's Report and Recommendation, the record, and the applicable law, the Court concludes that the Special Master's Report and Recommendation is correct, and hereby adopts its finding of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Special Master's Report and Recommendation NO. 3 (Doc. 89)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiffs' Counsel's **Motion for Attorney's Fees Costs and Expenses (Doc. 86)** is **GRANTED**.

**IT IS FURTHER ORDERED** that fees, costs and expenses in the amount of thirty percent (30%) of the settlement corpus shall be awarded in this matter. This sum shall be for, and include, both common benefit and private attorney fees, as well as costs and expenses.

**IT IS FURTHER ORDERED** that private attorney fees shall be payable immediately, pursuant to the **Special Master's Report and Recommendation No. 2 (Doc. 86)**.

**IT IS FURTHER ORDERED** that common benefit costs and expenses in the amounts certified by the **Special Master's Report and Recommendation 2 (Doc. 86)** shall be payable immediately.

**IT IS FURTHER ORDERED** that common benefit fees shall be awarded in the amount stated above (less the payment of cost, expenses, and private attorneys fees) and that the Special Master shall provide the Court his Report and Recommendation on the division and award of common benefit fees to Class Counsel.

Baton Rouge, Louisiana, this 17th day of November, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA